IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01220-BNB

REGINALD D. HODGES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DPD, DSD, DHMC,
COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO STATE DIVISION OF ADULT PAROLE,
FEDERAL BUREAU OF INVESTIGATION,
COLORADO BUREAU OF INVESTIGATION, and
PORTER MEMORIAL HOSPITAL,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Reginald D. Hodges currently resides in Denver, Colorado. Mr. Hodges, a *pro se* litigant, initiated this action by filing a Civil Complaint form and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. In an order entered on May 27, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Hodges to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hodges to submit a Civil Complaint form in which he lists the addresses for all named Defendants. Plaintiff also was instructed to complete the affidavit portion of the § 1915

form. Mr. Hodges was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 8 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01220-BNB

Reginald D. Hodges
Prisoner No. 90143/DSD No. 1614366
3432 S. Locust #C
Denver, CO 80222

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk